RICHARD LLOYD SHERMAN, ESQ. (State Bar No. 106597)
ABHAY KHOSLA, ESQ. (STATE BAR NO. 223555)
**SHERMAN LAW GROUP**
9454 Wilshire Boulevard, Suite 850
Beverly Hills, California 90212-2911
Telephone:  (310) 246-0321
Facsimile:   (310) 246-0305

Attorneys for Plaintiffs
**YAVAUGHNIE WILKINS** and **21 YELLOW TULIPS LLC**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YAVAUGHNIE WILKINS; 21 YELLOW TULIPS LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**MICRO PRODUCTIONS LLC**, a California limited liability company; **CHARLES E. PHILLIPS, JR.**,<br><br>Defendants. | CASE NO. 2:14-cv-05278-BRO (AJWx)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1) |

Pursuant to *Federal Rules of Civil Procedure* Rule 41(a)(1)(A)(I), Plaintiffs **YAVAUGHNIE WILKINS** and **21 YELLOW TULIPS LLC** hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants MICRO PRODUCTIONS LLC and CHARLES E. PHILLIPS, JR.

Dated: September 16, 2014         SHERMAN LAW GROUP

By: _____
ABHAY KHOSLA, ESQ.
Attorneys for Plaintiffs **YAVAUGHNIE WILKINS** and **21 YELLOW TULIPS LLC**