AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

☑ ACTION  ☐ APPEAL

DOCKET NO.: CV14-5278  DATE FILED: 7/8/2014

COURT NAME AND LOCATION:
United States District Court
Central District of California

| PLAINTIFF | DEFENDANT |
|---|---|
| YaVaughnie Wilkins; 21 Yellow Tulips LLC, a California limited liability company | Micro Productions LLC, a California limited liability company; Charles E. Phillips, Jr. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PAu 3-578-486 | The Glamorous Lie | 21 Yellow Tulips LLC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  Voluntary Dismissal<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☒ No | DATE RENDERED<br>9/16/2014 |
|---|---|---|

| CLERK<br>Terry Nafisi, Clerk of the Court | (BY) DEPUTY CLERK<br>Renee A. Fisher | DATE<br>9/16/2014 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

RICHARD LLOYD SHERMAN, ESQ. (State Bar No. 106597)
ABHAY KHOSLA, ESQ. (STATE BAR No. 223555)
**SHERMAN LAW GROUP**
9454 Wilshire Boulevard, Suite 850
Beverly Hills, California 90212-2911
Telephone: (310) 246-0321
Facsimile: (310) 246-0305

Attorneys for Plaintiffs
YAVAUGHNIE WILKINS and 21 YELLOW TULIPS LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAVAUGHNIE WILKINS; 21 YELLOW TULIPS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MICRO PRODUCTIONS LLC, a California limited liability company; CHARLES E. PHILLIPS, JR.,<br><br>Defendants. | CASE NO. 2:14-cv-05278-BRO (AJWx)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1) |

Pursuant to *Federal Rules of Civil Procedure* Rule 41(a)(1)(A)(I), Plaintiffs YAVAUGHNIE WILKINS and 21 YELLOW TULIPS LLC hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants MICRO PRODUCTIONS LLC and CHARLES E. PHILLIPS, JR.

Dated: September 16, 2014      SHERMAN LAW GROUP

By: _____
ABHAY KHOSLA, ESQ.
Attorneys for Plaintiffs YAVAUGHNIE WILKINS and
21 YELLOW TULIPS LLC